**UNITED STATES of America,
Appellant,**

v.

**BROWN & WILLIAMSON TOBACCO
CORPORATION, Appellee.**

**No. 12573.**

United States Court of Appeals
Sixth Circuit.

Feb. 7, 1956.

John G. Laughlin, Melvin Richter, Washington, D. C., J. Leonard Walker, Rhodes Bratcher, Louisville, Ky., for appellant.

Louis Seelbach, Louisville, Ky., for appellee.

Before SIMONS, Chief Judge, and McALLISTER and STEWART, Circuit Judges.

PER CURIAM.

The judgment of the district court is affirmed.

**Clarence Robert HENSON, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 12796.**

United States Court of Appeals
Sixth Circuit.

Feb. 14, 1956.

No appearance for appellant.

Henry J. Cook, Lexington, Ky., for appellee.

PER CURIAM.

Upon consideration of appellee's motion to dismiss the appeal, appellant's response thereto, and the records in the case and the stenographic transcript of the trial;

And it appearing that the notice of appeal was filed on January 16, 1956, more than ten days after appellant's motion for new trial was denied;

It is ordered that the appeal herein be and it hereby is dismissed.

**Lowell BERNHARDT and Nathaniel
Agnew Boyd, Appellants,**

v.

**UNITED STATES of America,
Appellee.**

**No. 12540.**

United States Court of Appeals
Sixth Circuit.

Feb. 18, 1956.

Stanley Gelfund, Detroit, Mich., for appellants.

Fred W. Kaess, Willis F. Ward, U. S. Attys., Detroit, Mich., for appellee.

Before SIMONS, Chief Judge, and MARTIN and STEWART, Circuit Judges.

PER CURIAM.

This appeal having been heard and considered on the oral arguments and briefs of both the appellants and the appellee and on the record in the case, and it appearing that the points made by the appellants are both hypertechnical and unsound and even if conceded would fail to disclose that prejudicial error inheres in any ruling of the district court, its judgment in favor of the United States against appellants jointly for $11,514.00 and for an additional $2,000.00 against each of them pursuant to the pertinent statute is affirmed.